UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

_____

| | |
|---|---|
| RAY KELLER ) | CASE NO. 1:07 CV 795 |
| ) | |
| Plaintiff, ) | JUDGMENT ENTRY |
| ) | |
| -vs- ) | |
| ) | |
| STEPHEN P. PALISIN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This Court, having contemporaneously issued its Memorandum and Order Granting Defendants' Motions to Dismiss for Lack of Subject Matter Jurisdiction and Granting Defendant Berenfield Containers' Motion to Dismiss the Plaintiff's First Amended Complaint, hereby enters judgment in favor of Stephen P. Palisin, Frank P. Nagorney, Berenfield Containers, Inc., and Berwick Partners, and against Ray Keller.

      IT IS SO ORDERED.

                                                             /s/Lesley Wells
                                                   UNITED STATES DISTRICT JUDGE